UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

    Plaintiff,

v.

LAKESIDE SURFACES, INC.,

    Defendant.

_____/

Case No. 1:20-cv-00508-PLM-PJG

Hon. Paul L. Maloney

### JOINT MOTION TO POSTPONE OR TO PERMIT THE PARTIES TO CONDUCT THE INFORMAL CONFERENCE VIA PHONE OR VIDEO-CONFERENCE

Pursuant to the Case Management Order entered by the Court on October 29, 2020 (PageID.76), the parties respectfully request that the Informal Conference currently scheduled for February 16, 2021, at 1:30, be postponed or conducted via phone or video conference. Counsel for Plaintiff was in a skiing accident on Sunday, February 14th that renders him unavailable to attend the Informal Conference as he had planned

In light of that accident, the COVID Pandemic, and the Winter Storm Warning, the parties believe that a postponement of the Informal Conference would be in the best interest of the Court and the parties (the parties would suggest postponement of roughly one month). Alternatively, conducting the Informal Conference via phone or video-conference would be the next best option. The parties will make themselves available at the Court's earliest convenience should the Court wish to proceed.

The parties apologize for the lateness of this request; however the unanticipated events of this weekend have made the late request necessary. The parties thank the Court for its expedited consideration of this request.

Dated: February 15, 2021

PRICE HENEVELD LLP

s/Matthew J. Gipson
Matthew J. Gipson (P60169)

        Gregory A. Lewis (P75796)
695 Kenmoor, S.E. | P.O. Box 2567
Grand Rapids, MI 49501
Telephone: 616-949-9610
glewis@priceheneveld.com
mgipson@priceheneveld.com

OF COUNSEL:

John C. Adkisson
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-335-5070
adkisson@fr.com

*Attorneys for Plaintiff Cambria Company LLC*

Dated: February 15, 2021        GARAN LUCOW MILLER, P.C.

s/Robert D. Goldstein (w/permission)
Robert D. Goldstein (P38298)
John W. Whitman (P37932)
GARAN LUCOW MILLER, P.C.
10801 South Saginaw Street, Building D
Grand Blanc, MI 48439
Telephone: 810-695-3700
rgoldstein@garanlucow.com
jwhitman@garanlucow.com

*Attorneys for Defendant Lakeside Surfaces, Inc.*