UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

    Plaintiff,

v.

LAKESIDE SURFACES, INC.,

    Defendant.
_____/

Case No. 1:20-cv-508

HONORABLE PAUL L. MALONEY

## ORDER GRANTING MOTION TO ADJOURN

Pending before the Court is a joint motion by the parties to postpone or permit the parties to conduct the informal conference via phone or video conference (ECF No. 20). Upon due consideration of the motion by the Court, the Court will adjourn the conference. Accordingly,

**IT IS HEREBY ORDERED** that the motion to postpone or permit the parties to conduct the informal conference via phone or video conference (ECF No. 20) is GRANTED for the reasons stated in the motion.

**IT IS FURTHER ORDERED** that the informal conference scheduled February 16, 2021 is ADJOURNED to a date to be determined.

Dated: February 15, 2021

  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge