UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Cambria Company LLC v. Lakeside Surfaces, Inc.

**Case Number:**  1:20-cv-508
**Date:**  May 24, 2021
**Time:**  9:35 a.m. - 10:07 a.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

**APPEARANCES**

    Plaintiff:  John Adkisson and Gregory Adam Lewis

    Defendant:  Robert David Goldstein

**PROCEEDINGS**

Nature of Hearing:  Informal Conference held; discussion held regarding current deadlines, amended case management order to issue

Court Reporter: Proceedings not recorded          Case Manager: Amy Redmond