**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CAMBRIA COMPANY LLC,

      Plaintiff,                               Case No. 1:20-cv-00508 (PLM/PJG)

vs.                                                 Hon. Paul L. Maloney

LAKESIDE SURFACES, INC.,

      Defendant.

_____/

**<u>STIPULATION TO MODIFY AMENDED CASE MANAGEMENT ORDER</u>**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Cambria Company LLC and Defendant Lakeside Surfaces, Inc., subject to the approval of the Court, that the following deadlines in the Amended Case Management Order (Dkt. No. 27) be modified as follows:

1. The deadline for each of the parties to disclose the name, address, area of expertise, and a short summary of expected testimony for each of its expert witnesses be extended from the current deadline of August 13, 2021 to September 17, 2021;

2. The deadline for Disclosure of Expert Reports (Rule 26(a)(2)(B)) by the party with burden of proof be extended from the current deadline of September 24, 2021 to November 10, 2021;

3. The deadline for Disclosure of Expert Reports (Rule 26(a)(2)(B)) by the party without burden of proof be extended from the current deadline of September 29, 2021 to December 1, 2021; and

4. The deadline for Expert Depositions be extended from the current deadline of November 24, 2021 to December 17, 2021.

No other deadlines in the Amended Case Management Order are impacted by this stipulation, including the discovery deadline of October 29, 2021.

| | |
|---|---|
| PRICE HENEVELD LLP | GARAN LUCOW MILLER, P.C. |
| s/Gregory A. Lewis | s/Robert D. Goldstein (with permission) |
| Gregory A. Lewis (P75796) | Robert D. Goldstein (P38298) |
| Matthew J. Gipson (P60169) | John W. Whitman (P37932) |
| 695 Kenmoor S.E., P.O. Box 2567 | 10801 South Saginaw Street, Building D |
| Grand Rapids, MI 49546-2567 | Grand Blanc, MI 48439 |
| Tel: 616-949-0610 | Tel: 810-695-3700 |
| glewis@priceheneveld.com | rgoldstein@garanlucow.com |
| mgipson@priceheneveld.com | jwhitman@garanlucow.com |
| | |
| Of Counsel: | *Attorneys for Defendant Lakeside Surfaces, Inc.* |
| John C. Adkisson | |
| FISH & RICHARDSON P.C. | |
| 3200 RBC Plaza, 60 South 6th Street | |
| Minneapolis, MN 55402 | |
| Tel: 612-335-5070 | |
| | |
| *Attorneys for Plaintiff Cambria Company LLC* | |

Dated: August 11, 2021

IT IS SO ORDERED this __12th__ day of _____August_____, 2021.

/s/ Paul L. Maloney
The Honorable Paul L. Maloney
United States District Judge