UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

       Plaintiff,                                      Case No. 1:20-cv-508 (PLM/PJG)

vs.                                                     Hon. Paul L. Maloney

LAKESIDE SURFACES, INC.,

       Defendant.

_____/

## PROOF OF SERVICE OF CAMBRIA COMPANY LLC'S NOTICES OF DEPOSITION OF MATT NEIGER AND RAY SCHELHAS

I hereby certify that on September 3, 2021, Cambria Company LLC's Notice of Deposition of Matt Neiger and Notice of Deposition of Ray Schelhas were served by email upon the following individual:

    Robert D. Goldstein
    Garan Lucow Miller, P.C.
    10801 South Saginaw Street, Building D
    Grand Blanc, MI 48439
    Telephone: 810-695-3700
    rgoldstein@garanlucow.com

    *Attorney for Defendant Lakeside Surfaces, Inc.*

Dated: September 7, 2021                            *s/*Grayson P. Sundermeir

                                                                         Gregory A. Lewis (P75796)
                                                                         Matthew J. Gipson (P60169)
                                                                         PRICE HENEVELD LLP
                                                                         695 Kenmoor Ave., S.E.
                                                                         P.O. Box 2567
                                                                         Grand Rapids, MI 49501
                                                                         Telephone: 616-949-9610
                                                                         glewis@priceheneveld.com
                                                                         mgipson@priceheneveld.com

        John C. Adkisson
        Grayson P. Sundermeir
        FISH & RICHARDSON P.C.
        3200 RBC Plaza
        60 South Sixth Street
        Minneapolis, MN 55402
        Telephone: 612-335-5070
        adkisson@fr.com

*Attorneys for Plaintiff Cambria Company LLC*