UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

        Plaintiff,                                 Case No. 1:20-cv-00508 (JMB)

vs.                                                    Hon. Jane M. Beckering

LAKESIDE SURFACES, INC.,

        Defendant.
_____/

## JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER

The Parties hereby jointly move to modify the Amended and Modified Case Management Order (ECF No. 44) as set forth below.

1. The Parties have engaged in fact discovery, including written discovery, document production, third-party discovery, and the initial scheduling of depositions.

2. In October of 2021, the Parties initiated substantive case settlement discussions. In the preliminary stages of those discussions, the Parties proceeded with the fact discovery under the existing Amended Case Management Order.

3. However, as settlement discussions progressed, the parties were optimistic that a settlement was attainable, if not imminent. In an effort to conserve the time, money, and resources of the Court and Parties alike, the Parties sought to extend the then-upcoming case deadlines. (*See* ECF Nos. 41 and 43.)

4. The Parties' settlement efforts continued through December 2021, culminating in the finalization of nearly all material terms and preparation of a final settlement agreement.

5. Regrettably, the Parties were ultimately unable to reach agreement on all terms

and, in early January 2022, settlement discussions broke down.

6. The Parties are prepared to continue with litigation but respectfully request the Court for a new case schedule to account for the delay from the Parties' settlement discussions.

7. Thus, the Parties jointly propose, subject to the approval of the Court, the following modifications to the remaining deadlines the Amended and Modified Case Management Order (ECF No. 44).  To the extent the Court is willing to adopt the schedule below, the parties do not believe any further adjustments to the case schedule will be necessary. The Parties will make themselves available to discuss the circumstances of this motion should the Court require or request further explanation.

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Deadline | January 14, 2022 | March 11, 2022 |
| Disclosure of Expert Reports for Party with Burden of Proof | January 26, 2022 | April 15, 2022 |
| Disclosure of Expert Reports for Party without the Burden of Proof | February 25, 2022 | May 6, 2022 |
| Deadline for Expert Depositions | March 14, 2022 | May 27, 2022 |
| Deadline to file Dispositive Motions | March 25, 2022 | June 10, 2022 |
| Settlement Conference | July 26, 2022 | October 10, 2022 |
| Final Pretrial Conference | August 8, 2022 | October 24, 2022 |
| Trial | August 29, 2022 | November 14, 2022 |

| | |
|---|---|
| PRICE HENEVELD LLP | GARAN LUCOW MILLER, P.C. |
| s/Matthew J. Gipson_____ <br> Gregory A. Lewis (P75796) <br> Matthew J. Gipson (P60169) <br> 695 Kenmoor Ave S.E., P.O. Box 2567 <br> Grand Rapids, MI 49546-2567 <br> Tel: 616-949-0610 <br> glewis@priceheneveld.com <br> mgipson@priceheneveld.com | s/Robert D. Goldstein_____ <br> Robert D. Goldstein (P38298) <br> John W. Whitman (P37932) <br> 10801 South Saginaw Street, Building D <br> Grand Blanc, MI 48439 <br> Tel: 810-695-3700 <br> rgoldstein@garanlucow.com <br> jwhitman@garanlucow.com |
| Of Counsel: <br><br> John C. Adkisson <br> FISH & RICHARDSON P.C. <br> 3200 RBC Plaza, 60 South 6th Street <br> Minneapolis, MN 55402 <br> Tel: 612-335-5070 <br> adkisson@fr.com <br><br> *Attorneys for Plaintiff Cambria Company LLC* | *Attorneys for Defendant Lakeside Surfaces, Inc.* |

Dated: January 14, 2022

IT IS SO ORDERED this ___ day of _____, 2022.

_____
The Honorable Jane M. Beckering
United States District Judge