UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

    Plaintiff,

v.

LAKESIDE SURFACES, INC.,

    Defendant.
_____/

Case No. 1:20-cv-508

HON. JANE M. BECKERING

## ORDER

Pending before the Court is the parties' Joint Motion to Modify Case Management Order (ECF No. 47), seeking to extend the remaining dates and deadlines in this matter. The Court, having reviewed the joint motion, will grant the request to extend the deadlines. Based on the representations concerning the parties' settlement efforts made in the joint motion, the Court will require the parties to participate in an early settlement conference with the Magistrate Judge. Accordingly:

**IT IS HEREBY ORDERED** that the Joint Motion to Modify Case Management Order (ECF No. 47) is GRANTED. An Amended Case Management Order will enter.

Dated: January 18, 2022

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge