UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

        Plaintiff,                               Case No. 1:20-cv-508 (JMB/PJG)

vs.                                            Hon. Jane B. Beckering

LAKESIDE SURFACES, INC.,

        Defendant.
_____/

**STIPULATION RE: PROPOSED ORDER TO COMPEL LAKESIDE'S COMPLIANCE WITH DISCOVERY OBLIGATIONS**

WHEREAS, Defendant Lakeside Surfaces, Inc. ("Lakeside") has yet to respond to Plaintiff Cambria Company LLC's ("Cambria") Second Set of Interrogatories (Nos. 12-15), served on September 17, 2021 (Dkt. No. 38);

WHEREAS, Lakeside has yet to respond to Cambria's Second Set of Requests for Production (Nos. 24-31), served on September 17, 2021 (*Id.*);

WHEREAS, Lakeside produced, in response to Cambria's First Set of Requests for Production, served on April 15, 2021 (Dkt. No. 23), email documents but did not include the attachments associated with these emails;

WHEREAS, Cambria has repeatedly requested the production of the associated email attachments;

WHEREAS, Lakeside's delay in producing documents and responding to Cambria's interrogatories has delayed the taking of depositions in this case;

THEREFORE, Cambria and Lakeside (collectively, the "parties"), through their undersigned counsel, hereby stipulate to this proposed Order to Compel Lakeside's Compliance with Discovery Obligations and respectfully request that the Court enter this proposed Order.

**Dated:  February 25, 2022**

**STIPULATED:**

| | |
|---|---|
| s/Gregory A. Lewis<br>Gregory A. Lewis (P75796)<br>Matthew J. Gipson (P60169)<br>PRICE HENEVELD LLP<br>695 Kenmoor Ave., S.E.<br>P.O. Box 2567<br>Grand Rapids, MI 49501 T<br>Tel: 616-949-9610<br>glewis@priceheneveld.com<br>mgipson@priceheneveld.com<br><br>John C. Adkisson<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South 6th Street<br>Minneapolis, MN 55402<br>Tel: 612-335-5070<br>adkisson@fr.com<br><br>Grayson P. Sundermeir<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Tel: 302-652-500<br>sundermeir@fr.com<br><br>*Attorneys for Plaintiff Cambria Company LLC* | s/Robert D. Goldstein<br>Robert D. Goldstein (P38298)<br>John W. Whitman (P37932)<br>GARAN LUCOW MILLER, P.C.<br>10801 South Saginaw Street, Building D<br>Grand Blanc, MI 48439<br>Tel: 810-695-3700<br>rgoldstein@garanlucow.com<br>jwhitman@garanlucow.com<br><br>*Attorneys for Defendant Lakeside Surfaces, Inc.* |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

       Plaintiff,                          Case No. 1:20-cv-508 (JMB/PJG)

vs.                                          Hon. Jane B. Beckering

LAKESIDE SURFACES, INC.,

       Defendant.

_____/

**ORDER TO COMPEL LAKESIDE'S COMPLIANCE WITH DISCOVERY OBLIGATIONS**

IT IS HEREBY ORDERED that the Parties' Stipulation to Compel Lakeside's Compliance with Discovery Obligations is GRANTED. Specifically, no later than March 3, 2022, Lakeside shall:

1. Reproduce the following production documents to include any associated email attachments: 00000005, 0000007, 00000025, 00000039, 00000041, 00000059, 00000064, 00000065, 00000090, 00000097, 00000119, 00000135, 00000145, 00000152, 00000196, 00000285, 00000289, 00000302, 00000336, 00000338, 00000350, 00000355, 00000362;

2. Provide substantive responses to Cambria's Second Set of Interrogatories (Nos. 12-15), served September 17, 2021; and

3. Provide documents responsive to Cambria's Second Set of Requests for Production (Nos. 24-31), served September 17, 2021.

**IT IS SO ORDERED.**

DATED: _____, 2022       _____

                                                       Hon. Phillip J. Green, U.S. Magistrate Judge