UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

        Plaintiff,                                   Case No. 1:20-cv-508 (JMB/PJG)

vs.                                               Hon. Jane B. Beckering

LAKESIDE SURFACES, INC.,

        Defendant.

_____/

**ORDER TO COMPEL LAKESIDE'S COMPLIANCE WITH DISCOVERY OBLIGATIONS**

IT IS HEREBY ORDERED that the Parties' Stipulation to Compel Lakeside's Compliance with Discovery Obligations is GRANTED. Specifically, no later than March 3, 2022, Lakeside shall:

1. Reproduce the following production documents to include any associated email attachments: 00000005, 0000007, 00000025, 00000039, 00000041, 00000059, 00000064, 00000065, 00000090, 00000097, 00000119, 00000135, 00000145, 00000152, 00000196, 00000285, 00000289, 00000302, 00000336, 00000338, 00000350, 00000355, 00000362;

2. Provide substantive responses to Cambria's Second Set of Interrogatories (Nos. 12-15), served September 17, 2021; and

3. Provide documents responsive to Cambria's Second Set of Requests for Production (Nos. 24-31), served September 17, 2021.

**IT IS SO ORDERED.**

DATED: ____March 2_____, 2022        ___/s/ Phillip J. Green_____
                                                                     PHILLIP J. GREEN
                                                                      U.S. Magistrate Judge