UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

       Plaintiff,　　　　　　　　　　　Case No. 1:20-cv-508 (JMB/PJG)

vs.　　　　　　　　　　　　　　　　　　Hon. Jane M. Beckering

LAKESIDE SURFACES, INC.,

       Defendant.
_____/

**PROOF OF SERVICE OF PLAINTIFF CAMBRIA COMPANY LLC'S AMENDED NOTICES OF DEPOSITION OF RAY SCHELHAS, ROBERT RIEGLER, AND MATT NEIGER**

I hereby certify that, on March 10, 2022, Plaintiff Cambria Company LLC's Amended Notices of Deposition of Ray Schelhas, Robert Riegler, and Matt Neiger were served by email upon the following individual:

    Robert D. Goldstein
    Garan Lucow Miller, P.C.
    10801 South Saginaw Street, Building D
    Grand Blanc, MI 48439
    Telephone: 810-695-3700
    rgoldstein@garanlucow.com
    *Attorney for Defendant Lakeside Surfaces, Inc.*

Dated: March 11, 2022　　　　　　　　*s/*Gregory A. Lewis_____

                                      Gregory A. Lewis (P75796)
                                      Matthew J. Gipson (P60169)
                                      PRICE HENEVELD LLP
                                      695 Kenmoor Ave., S.E., P.O. Box 2567
                                      Grand Rapids, MI 49501
                                      Telephone: 616-949-9610
                                      glewis@priceheneveld.com
                                      mgipson@priceheneveld.com

John C. Adkisson
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Tel: 612-335-5070
adkisson@fr.com

Grayson P. Sundermeir
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: 302-652-500
sundermeir@fr.com

*Attorneys for Plaintiff Cambria Company LLC*