# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CAMBRIA COMPANY, LLC,

      Plaintiff,

vs.

LAKE SURFACES, INC.,

      Defendant.
_____/

Case No. 1:20-cv-508 (JMB/PJG)

Hon. Jane M. Beckering

## PROOF OF SERVICE FOR PLAINTIFF CAMBRIA COMPANY LLC'S AMENDED NOTICES OF DEPOSITION OF RAY SCHELHAS AND MATT NEIGER

I hereby certify that, on March 28, 2022, Plaintiff Cambria Company LLC's Amended Notices of Deposition of Ray Schelhas and Matt Neiger for depositions on March 30 and April 1, 2022, respectively, were served by email upon the following individual:

Robert D. Goldstein
GARAN LUCOW MILLER, P.C.
10801 South Saginaw Street, Building D
Grand Blanc, MI  48439
Tel:  810-695-3700
rgoldstein@garanlucow.com
*Attorney for Defendant Lakeside Surfaces, Inc.*

Dated:  March 29, 2022

*s/*Gregory A. Lewis_____

Gregory A. Lewis (P75796)
Matthew J. Gipson (P60169)
PRICE HENEVELD LLP
695 Kenmoor Ave. S.E., P.O. Box 2567
Grand Rapids, MI  49501
Tel:  616-949-9610
glewis@priceheneveld.com
mgipson@priceheneveld.com

2

John C. Adkisson
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Tel: 612-335-5070
adkisson@fr.com

Grayson P. Sundermeir
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: 302-652-5070
sundermeir@fr.com

*Attorneys for Plaintiff Cambria Company LLC*