**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CAMBRIA COMPANY LLC

        Plaintiff,

        v.

LAKESIDE SURFACES, INC.,

        Defendant.

Case No. 1:20-cv-508 (JMB/PJG)

Hon. Jane M. Beckering

**PLAINTIFF CAMBRIA COMPANY LLC'S**
**MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

    Plaintiff Cambria Company LLC ("Cambria") hereby moves for leave to amend its Complaint.  Cambria recently confirmed at depositions of Defendant Lakeside Surfaces, LLC's ("Lakeside") witnesses additional facts to support allegations of fraud regarding Lakeside's procurement of its trademark. Cambria thus moves to amend its pleading to include allegations of fraud and petition for cancellation of the trademark.  Cambria also seeks to remove original counts directed to trademark infringement and Federal and State unfair competition claims.

    Cambria's motion is properly granted for the reasons stated in Cambria's brief, filed herewith.  A proposed order granting Cambria leave to amend its Complaint is attached hereto as Exhibit A.

Dated:  April 13, 2022

s/Gregory A. Lewis
Gregory A. Lewis (P75796)
Matthew J. Gipson (P60169)
PRICE HENEVELD LLP
695 Kenmoor Ave., S.E.
P.O. Box 2567
Grand Rapids, MI 49501
Tel: 616-949-9610
glewis@priceheneveld.com
mgipson@priceheneveld.com

John C. Adkisson
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Tel: 612-335-5070
adkisson@fr.com

Grayson P. Sundermeir
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: 302-652-5070
sundermeir@fr.com

*Attorneys for Plaintiff Cambria Company LLC*

2

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CAMBRIA COMPANY LLC

        Plaintiff,

        v.

LAKESIDE SURFACES, INC.,

        Defendant.

Case No. 1:20-cv-508 (JMB/PJG)

Hon. Jane M. Beckering

## <u>ORDER</u>

This matter came on before the undersigned on Plaintiff Cambria Company LLC's ("Cambria's") Motion for Leave to Amend its Complaint.

Upon consideration of the papers filed in support of Cambria's Motion for Leave to Amend its Complaint, it is **ORDERED** that Cambria's Motion for Leave to Amend its Complaint is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Honorable Judge Phillip J. Green
U.S. District Court Magistrate Judge