# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

        Plaintiff,                                Case No. 1:20-cv-00508 (JMB)

vs.                                                 Hon. Jane M. Beckering

LAKESIDE SURFACES, INC.,

        Defendant.

_____/

## JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER

WHEREAS, pursuant to the Amended Case Management Order (ECF No. 49), expert discovery is scheduled to close on May 27, 2022, and dispositive motions are to be submitted by June 10, 2022;

WHEREAS, due to scheduling difficulties with attorneys for Plaintiff Cambria Company LLC ("Cambria") and Defendant Lakeside Surfaces, Inc. ("Lakeside") (collectively, the "Parties") and their respective experts, the Parties require additional time for the completion of expert discovery;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Cambria and Lakeside, subject to the approval of the Court, the Amended and Modified Case Management Order (ECF No. 49) is modified as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for Expert Depositions | May 27, 2022 | June 10, 2022 |
| Deadline to file Dispositive Motions | June 10, 2022 | June 24, 2022 |

No other deadlines in the Amended Case Management Order are impacted by this stipulation.

| | |
|---|---|
| PRICE HENEVELD LLP | GARAN LUCOW MILLER, P.C. |
| s/Matthew J. Gipson<br>Gregory A. Lewis (P75796)<br>Matthew J. Gipson (P60169)<br>695 Kenmoor Ave S.E., P.O. Box 2567<br>Grand Rapids, MI 49546-2567<br>Tel: 616-949-0610<br>glewis@priceheneveld.com<br>mgipson@priceheneveld.com | s/Robert D. Goldstein<br>Robert D. Goldstein (P38298)<br>John W. Whitman (P37932)<br>10801 South Saginaw Street, Building D<br>Grand Blanc, MI 48439<br>Tel: 810-695-3700<br>rgoldstein@garanlucow.com<br>jwhitman@garanlucow.com |
| Of Counsel:<br><br>John C. Adkisson<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza, 60 South 6th Street<br>Minneapolis, MN 55402<br>Tel: 612-335-5070<br>adkisson@fr.com<br><br>*Attorneys for Plaintiff Cambria Company LLC* | *Attorneys for Defendant Lakeside Surfaces, Inc.* |

Dated: May 20, 2022

IT IS SO ORDERED this ___ day of _____, 2022.

_____
The Honorable Jane M. Beckering
United States District Judge