UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CAMBRIA COMPANY LLC,

    Plaintiff,                                     Hon. Jane M. Beckering

v.                                              Case No. 1:20-cv508

LAKESIDE SURFACES, INC.,

    Defendant.
_____/

### **ORDER**

This matter is before the Court on Plaintiff's motion to amend the complaint. (ECF No. 66). Defendant opposes the motion. (ECF No. 76). In reviewing the motion and the response, the Court discovered that each party filed certain exhibits under seal. (ECF No. 69, 77, 77-1, 77-2, 77-3, and 77-4). The sealed documents are portions of deposition transcripts. Having reviewed the transcripts, the Court discerned little, if anything, that requires confidential treatment.

Plaintiff asserted that its exhibit was being filed under seal "pursuant to the terms of the Stipulated Protective Order." (ECF No. 69, PageID.411). Defendant simply filed its exhibits under seal.

Nothing in the Stipulated Protective Order authorizes the parties to unilaterally seal anything. On May 24, 2022, the Court issued an order requiring each of the parties to file, no later than May 27, a motion, consistent with Local

Rule 10.6(b), concerning their respective sealed exhibits. (ECF No. 87). Instead, each party has filed a notice acknowledging that there is no basis for sealing any of the subject exhibits. (ECF No. 89, 90). Accordingly,

**IT IS ORDERED** that the previously-sealed exhibits (ECF No. 69, 77, 77-1, 77-2, 77-3, and 77-4) are hereby **UNSEALED**. Further, the Clerk is directed to place all of these documents on the public record.

**IT IS SO ORDERED**.

Date: May 31, 2022

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge