UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
————

CAMBRIA COMPANY LLC,

    Plaintiff,

v.

LAKESIDE SURFACES, INC.,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No. 1:20-cv-508

## ORDER

This matter is before the Court on Plaintiff's motion to amend the complaint. (ECF No. 66). Defendant opposes the motion. (ECF No. 76). The Court conducted a hearing today at which both parties appeared. Having considered the parties' oral and written submissions, and for the reasons articulated on the record, the Court finds that Plaintiff has failed to establish "good cause," as required by Federal Rule of Civil Procedure 16(b)(4), for its untimely motion. Accordingly, the motion to amend the complaint (ECF No. 66) is **DENIED**.

    **IT IS SO ORDERED**.

Date: June 1, 2022

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge