UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

        Plaintiff,                                Case No. 1:20-cv-00508 (JMB/PJG)

vs.                                               Hon. Jane M. Beckering

LAKESIDE SURFACES, INC.,

        Defendant.

_____/

**STIPULATION TO MODIFY AMENDED CASE MANAGEMENT ORDER**

    WHEREAS pursuant to the Amended Case Management Order (ECF No. 86), the deadline to submit dispositive motions in the above-captioned matter is June 24, 2022;

    WHEREAS Defendant Lakeside Surfaces, Inc. ("Lakeside") previously noticed the deposition of Cambria Company LLC's ("Cambria") President and CEO, Mr. Martin Davis (also a named inventor on the Asserted Patent), on September 23, 2021 (ECF No. 39); April 1, 2022 (ECF No. 63); April 11, 20222 (ECF No. 65); April 19, 2022 (ECF No. 71); and June 9, 2022 (ECF No. 99);

    WHEREAS Cambria previously noticed the deposition of Mr. Robert Riegler, former President of Lakeside, on February 17, 2022 (ECF. No. 53); March 11, 2022 (ECF No. 60); and May 10, 2022 (ECF No. 82);

    WHEREAS Cambria and Lakeside had ongoing disputes regarding the proper scope of Mr. Davis's deposition, which were ultimately resolved by the Court's recent ruling on Cambria's Motion for Leave to Amend its Complaint (ECF No. 92);

A1709488.1

WHEREAS Mr. Riegler was unavailable for deposition on the dates previously noticed by Cambria but is available to sit for deposition on June 22, 2022 and will appear for his deposition on that date;

WHEREAS Mr. Davis is unavailable prior to June 24, 2022 for his deposition but is available to sit for deposition on June 28, 2022 and will appear for his deposition on that date;

WHEREAS Lakeside desires to complete Mr. Davis's deposition prior to the submission of dispositive motions, believes that his testimony may impact the positions asserted in any motion from Lakeside, and requests at least six days between Mr. Davis's deposition and the submission of dispositive motions;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Cambria and Lakeside, subject to the approval of the Court, that the Amended Case Management Order (ECF No. 86) is modified such that the deadline to file dispositive motions is extended from June 24, 2022 to July 8, 2022; Robert Riegler shall appear for his deposition on June 22, 2022; and Martin Davis shall appear for his deposition on June 28, 2022.

No other deadlines in the Amended Case Management Order are impacted by this stipulation.

**STIPULATED:**

| PRICE HENEVELD LLP | GARAN LUCOW MILLER, P.C. |
|---|---|
| s/ Gregory A. Lewis | s/ Robert D. Goldstein |
| Gregory A. Lewis (P75796) | Robert D. Goldstein (P38298) |
| Matthew J. Gipson (P60169) | John W. Whitman (P37932) |
| PRICE HENEVELD LLP | GARAN LUCOW MILLER, P.C. |
| 695 Kenmoor Ave., S.E., P.O. Box 2567 | 10801 South Saginaw Street, Bldg. D |
| Grand Rapids, MI 49501 | Grand Blanc, MI 48439 |
| Tel: 616-949-9610 | Tel: 810-695-3700 |
| glewis@priceheneveld.com | rgoldstein@garanlucow.com |
| mgipson@priceheneveld.com | jwhitman@garanlucow.com |

| | |
|---|---|
| John C. Adkisson<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South 6th Street<br>Minneapolis, MN 55402<br>Tel: 612-335-5070<br>adkisson@fr.com | Leland P. Schermer<br>MARCUS & SHAPIRA LLP<br>301 Grant Street,<br>One Oxford Centre, 35th Floor<br>Pittsburgh, PA 15219-6401<br>Tel: 412-338-3990<br>schermer@marcus-shapira.com |
| Grayson P. Sundermeir<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Tel: 302-652-5070<br>sundermeir@fr.com | *Attorneys for Defendant Lakeside Surfaces, Inc.* |
| *Attorneys for Plaintiff Cambria Company LLC* | |

Dated: June 21, 2022

## **ORDER**

IT IS SO ORDERED this _____ day of _____, 2022.

_____
The Honorable Jane M. Beckering
United States District Judge

A1709488.1   3