UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

        Plaintiff,                               Case No. 1:20-cv-508 (JMB/PJG)

vs.                                            Hon. Jane M. Beckering

LAKESIDE SURFACES, INC.,           **ORAL ARGUMENT REQUESTED**

        Defendant.

_____/

**PLAINTIFF CAMBRIA COMPANY LLC'S
MOTION FOR SUMMARY JUDGMENT OF NO INVALIDITY**

Plaintiff Cambria Company LLC's ("Cambria") hereby moves for summary judgment dismissing Defendant Lakeside Surfaces, Inc.'s ("Lakeside") defenses that U.S. Patent No. D780,332 (the "D'332 patent") is invalid under 35 U.S.C. § 102 as anticipated, under § 103 as obvious, under § 112, paragraph 1, as not enabled and § 112, paragraph 2, as indefinite.  This Motion is supported by a brief, declaration, and exhibits filed concurrently herewith.

Further, pursuant to L.R. 7.1(d), on June 24, 2022, counsel for Cambria contacted counsel for Lakeside and confirmed that Lakeside will oppose this Motion.

Finally, Cambria's Motion is properly granted for the reasons stated in Cambria's opening brief, filed herewith.  A proposed order granting Cambria's Motion for Summary Judgment of No Invalidity is attached hereto as Exhibit A.

s/ Gregory A. Lewis
Gregory A. Lewis (P75796)
Matthew J. Gipson (P60169)
PRICE HENEVELD LLP
695 Kenmoor Ave., S.E., P.O. Box 2567
Grand Rapids, MI  49501
Tel:  616-949-9610
glewis@priceheneveld.com
mgipson@priceheneveld.com

*Of Counsel:*

John C. Adkisson
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Tel: 612-335-5070
adkisson@fr.com

Grayson P. Sundermeir
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: 302-652-5070
sundermeir@fr.com

*Attorneys for Plaintiff Cambria Company LLC*

Dated: June 24, 2022

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

        Plaintiff,                      Case No. 1:20-cv-508 (JMB/PJG)

vs.                                       Hon. Jane M. Beckering

LAKESIDE SURFACES, INC.,

        Defendant.

_____/

## ORDER

This matter came on before the undersigned on Plaintiff Cambria Company LLC's ("Cambria's") Motion for Summary Judgment of No Invalidity.

Upon consideration of the papers filed in support of Cambria's Motion for Summary Judgment of No Invalidity, it is **ORDERED** that Cambria's Motion for Summary Judgment of No Invalidity is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: _____, 2022        _____
                                                                The Honorable Judge Jane M. Beckering
                                                                United States District Judge