## DECLARATION OF ROBERT D. GOLDSTEIN
## TESTIFYING TO THE AUTHENTICITY OF EXHIBITS

I Robert D. Goldstein declare that the attached exhibits are true and accurate to the best of my knowledge.

Dated: July 8, 2022                                   */s/ Robert D. Goldstein*
                                                                  ROBERT D. GOLDSTEIN