UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

       Plaintiff,                      Case No. 1:20-cv-00508 (JMB/PJG)

vs.                                      Hon. Jane M. Beckering

LAKESIDE SURFACES, INC.,

       Defendant.

_____/

## STIPULATION TO WITHDRAW SUMMARY JUDGMENT MOTION REGARDING TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION COUNTS

WHEREAS, Plaintiff Cambria Company LLC ("Cambria") and Defendant Lakeside Surfaces, Inc. ("Lakeside") (collectively, the "Parties") stipulated, on June 24, 2022 (Dkt. 105), to dismiss counts from Cambria's Complaint regarding Cambria's trademark, which the Court granted on June 27 (Dkt. 115);

WHEREAS, the Parties' stipulation dismissed Counts 2-4 from Cambria's Complaint regarding trademark infringement (Count 2), federal unfair competition (Count 3), and state unfair competition (Count 4) (Dkt. 105);

WHEREAS, Lakeside's motion for summary judgment, filed June 24, 2022 (Dkt. 106), requested, *inter alia*, dismissal of Counts 2-4 (*see* Dkt. 106 at ¶ 5; and Dkt. 106-4 with regard to Counts II-IV), and this request is now moot;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Cambria and Lakeside, subject to the approval of the Court, that Lakeside withdraws the portions of its motion seeking dismissal of Counts 2-4 regarding Cambria's trademark, as these portions are now moot.

| | |
|---|---|
| PRICE HENEVELD LLP | GARAN LUCOW MILLER, P.C. |
| s/ Gregory A. Lewis<br>Gregory A. Lewis (P75796)<br>Matthew J. Gipson (P60169)<br>PRICE HENEVELD LLP<br>695 Kenmoor Ave., S.E., P.O. Box 2567<br>Grand Rapids, MI 49501<br>Tel: 616-949-9610<br>glewis@priceheneveld.com<br>mgipson@priceheneveld.com | s/ Robert D. Goldstein<br>Robert D. Goldstein (P38298)<br>John W. Whitman (P37932)<br>GARAN LUCOW MILLER, P.C.<br>10801 South Saginaw Street, Bldg. D<br>Grand Blanc, MI 48439<br>Tel: 810-695-3700<br>rgoldstein@garanlucow.com<br>jwhitman@garanlucow.com |
| John C. Adkisson<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South 6th Street<br>Minneapolis, MN 55402<br>Tel: 612-335-5070<br>adkisson@fr.com | Leland P. Schermer<br>MARCUS & SHAPIRA LLP<br>301 Grant Street,<br>One Oxford Centre, 35th Floor<br>Pittsburgh, PA 15219-6401<br>Tel: 412-338-3990<br>schermer@marcus-shapira.com |
| Grayson P. Sundermeir<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Tel: 302-652-5070<br>sundermeir@fr.com | *Attorneys for Defendant Lakeside Surfaces, Inc.* |
| *Attorneys for Plaintiff Cambria Company LLC* | |

Dated: July 21, 2022

## **ORDER**

SO ORDERED this ___ day of _____, 2022.

_____
The Honorable Jane M. Beckering
United States District Court Judge