**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CAMBRIA COMPANY LLC,

Plaintiff, | Case No. 1:20-cv-00508 (JMB/PJG)

vs. | Hon. Jane M. Beckering

LAKESIDE SURFACES, INC.,

Defendant.
_______________________________________/

**STIPULATION TO WITHDRAW SUMMARY JUDGMENT MOTION REGARDING TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION COUNTS**

WHEREAS, Plaintiff Cambria Company LLC ("Cambria") and Defendant Lakeside Surfaces, Inc. ("Lakeside") (collectively, the "Parties") stipulated, on June 24, 2022 (Dkt. 105), to dismiss counts from Cambria's Complaint regarding Cambria's trademark, which the Court granted on June 27 (Dkt. 115);

WHEREAS, the Parties' stipulation dismissed Counts 2-4 from Cambria's Complaint regarding trademark infringement (Count 2), federal unfair competition (Count 3), and state unfair competition (Count 4) (Dkt. 105);

WHEREAS, Lakeside's motion for summary judgment, filed June 24, 2022 (Dkt. 106), requested, *inter alia*, dismissal of Counts 2-4 (*see* Dkt. 106 at ¶ 5; and Dkt. 106-4 with regard to Counts II-IV), and this request is now moot;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Cambria and Lakeside, subject to the approval of the Court, that Lakeside withdraws the portions of its motion seeking dismissal of Counts 2-4 regarding Cambria's trademark, as these portions are now moot.

PRICE HENEVELD LLP

s/ Gregory A. Lewis
Gregory A. Lewis (P75796)
Matthew J. Gipson (P60169)
PRICE HENEVELD LLP
695 Kenmoor Ave., S.E., P.O. Box 2567
Grand Rapids, MI 49501
Tel: 616-949-9610
glewis@priceheneveld.com
mgipson@priceheneveld.com

John C. Adkisson
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Tel: 612-335-5070
adkisson@fr.com

Grayson P. Sundermeir
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: 302-652-5070
sundermeir@fr.com

*Attorneys for Plaintiff Cambria Company LLC*

GARAN LUCOW MILLER, P.C.

s/ Robert D. Goldstein
Robert D. Goldstein (P38298)
John W. Whitman (P37932)
GARAN LUCOW MILLER, P.C.
10801 South Saginaw Street, Bldg. D
Grand Blanc, MI 48439
Tel: 810-695-3700
rgoldstein@garanlucow.com
jwhitman@garanlucow.com

Leland P. Schermer
MARCUS & SHAPIRA LLP
301 Grant Street,
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219-6401
Tel: 412-338-3990
schermer@marcus-shapira.com

*Attorneys for Defendant Lakeside Surfaces, Inc.*

Dated: July 21, 2022

**ORDER**

SO ORDERED this 25th day of July, 2022.

/s/ Jane M. Beckering
The Honorable Jane M. Beckering
United States District Court Judge