**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CAMBRIA COMPANY LLC,

    Plaintiff,

v.

LAKESIDE SURFACES, INC.,

    Defendant.

Civil No. 20-cv-00508-PLM-PJG

Honorable Jane M. Beckering

---

| | |
|---|---|
| GREGORY A. LEWIS, P75796<br>MATTHEW J. GIPSON, P60169<br>PRICE HENEVELD, LLP<br>Attorneys for Plaintiff<br>695 Kenmoor, S.E.<br>Grand Rapids, MI  49501<br>(616) 949-9610 | ROBERT D. GOLDSTEIN, P38298<br>GARAN LUCOW MILLER, P.C.<br>Attorneys for Defendant<br>10801 S. Saginaw, Bldg. D<br>Grand Blanc, MI 48439<br>(810) 695-3700 |
| JOHN C. ADKISSON<br>GRAYSON SUNDERMEIR<br>FISH & RICHARDSON, PC<br>60 South Sixth Street<br>3200 RBC Plaza<br>Minneapolis, MN 55402<br>(612) 335-5070 | LELAND SCHERMER<br>MARCUS & SHAPIRA, LLP<br>Attorneys for Defendant<br>301 Grant Street, 35th Floor<br>One Oxford Centre<br>Pittsburg, PA 15219-3990<br>(412) 338-3990 |

---

**GARAN LUCOW MILLER, P.C. AND ROBERT D. GOLDSTEIN'S MOTION
TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT
LAKESIDE SURFACES, INC.**

### GARAN LUCOW MILLER, P.C.'S AND ROBERT D. GOLDSTEIN'S MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT LAKESIDE SURFACES, INC.

Garan Lucow Miller, P.C., including all attorneys of record from Garan Lucow Miller, P.C. who have filed appearances in the matter, including Robert D. Goldstein, hereby move to withdraw the representation of Lakeside Surfaces, Inc., and in support thereof, states as follows:

1. Garan Lucow Miller, P.C. entered an appearance in this case on September 16, 2020 by Robert D. Goldstein (Garan Lucow Miller, P.C. and attorney Robert Goldstein, are hereinafter referred to as "Withdrawing Counsel").

2. There has been a breakdown in the attorney-client relationship to such an extent that Withdrawing Counsel can no longer represent Lakeside Surfaces, Inc.

3. Leland Schermer, of Marcus & Shapira, LLP has appeared on behalf of, and will remain as counsel of record for Defendant Lakeside Surfaces, Inc., having appeared as of April 19, 2022.

4. This withdrawal will not prejudice either Lakeside Surfaces, Inc. as it will continue to be represented by Marcus & Shapira, LLP.

5. The withdrawal will also not prejudice Plaintiff Cambria with continued counsel of record Leland Schermer of Marcus & Shapira, LLP.

6. Good cause is present for withdrawal of identified Withdrawing Counsel as the attorney-client relationship between Withdrawing Counsel and Lakeside Surfaces, Inc. has broken down such that Withdrawing Counsel can no longer represent Lakeside Surfaces.

7. Withdrawing Counsel sought concurrence from Plaintiff's counsel and Plaintiff's counsel does not oppose the motion.

8. A proposed Order granting Garan Lucow Miller, P.C.'s and Robert D. Goldstein's Motion to Withdraw as Counsel of Record for Lakeside Surfaces, Inc. is attached.

**BRIEF IN SUPPORT OF GARAN LUCOW MILLER, P.C.'S AND ROBERT D. GOLDSTEIN'S MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT LAKESIDE SURFACES, INC.**

In addition to the reasons identified in the motion portion of this pleading that the attorney-client relationship between Withdrawing Counsel and Lakeside Surfaces, Inc. has broken down to such an extent that Withdrawing Counsel can no longer represent Lakeside Surfaces, Inc., Withdrawing Counsel also relies on *Maddox v. Burlingame*, 205 Mich. App. 446, 450 (1994), *Stroud v. Ward*, 169 Mich. App. 1, 4 (1988), and *Estate of Mitchell v. Dougherty*, 249 Mich. App. 668 (2002)

WHEREFORE Withdrawing Counsel respectfully requests this Court grant their Motion to Withdraw as Counsel of Record for Lakeside Surfaces, Inc.

                                      GARAN LUCOW MILLER, P.C.

DATED: August 1, 2022                */s/ Robert D. Goldstein*
                                          ROBERT D. GOLDSTEIN P-38298
                                          Attorneys for Defendant
                                          10801 S. Saginaw Street, Bldg. D
                                          Grand Blanc, Michigan 48439
                                          (810) 695-3700

## CERTIFICATE OF SERVICE

I hereby certify that on **August 1, 2022**, my assistant, Laura Powell, electronically filed the foregoing document with the United States District Court Western District of Michigan using the ECF System which will send notification to all counsel of record.

GARAN LUCOW MILLER, P.C.

*/s/ Robert D. Goldstein*
ROBERT D. GOLDSTEIN P-38298
Attorneys for Defendant
10801 S. Saginaw Street, Bldg. D
Grand Blanc, Michigan 48439
(810) 695-3700

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CAMBRIA COMPANY LLC,

Plaintiff,

v.

LAKESIDE SURFACES, INC.,

Defendant.

Civil No. 20-cv-00508-PLM-PJG

Honorable Jane M. Beckering

---

### ORDER GRANTING GARAN LUCOW MILLER, P.C.'S AND ROBERT D. GOLDSTEIN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR LAKESIDE SURFACES, INC.

This matter having come before the undersigned on Garan Lucow Miller, P.C.'s and Robert D. Goldstein's Motion to Withdraw as Counsel of Record for Lakeside Surfaces, Inc.;

Upon consideration of the referenced motion and for the reasons identified in the motion;

IT IS HEREBY ORDERED that Garan Lucow Miller, P.C.'s and all attorneys from Garan Lucow Miller, P.C. who have filed appearances in the matter including Robert D. Goldstein's Motion to Withdraw as Counsel of Record for Lakeside Surfaces, Inc. is GRANTED, and are discharged from future representation of Lakeside Surfaces, Inc.

IT IS SO ORDERED.

Date: _____, 2022

_____
Honorable Jane M. Beckering