**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CAMBRIA COMPANY LLC,

Plaintiff,

v.

LAKESIDE SURFACES, INC.,

Defendant.

Civil No. 20-cv-00508-PLM-PJG

Honorable Jane M. Beckering

---

### ORDER GRANTING GARAN LUCOW MILLER, P.C.'S AND ROBERT D. GOLDSTEIN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR LAKESIDE SURFACES, INC.

This matter having come before the undersigned on Garan Lucow Miller, P.C.'s and Robert D. Goldstein's Motion to Withdraw as Counsel of Record for Lakeside Surfaces, Inc.;

Upon consideration of the referenced motion and for the reasons identified in the motion;

IT IS HEREBY ORDERED that Garan Lucow Miller, P.C.'s and all attorneys from Garan Lucow Miller, P.C. who have filed appearances in the matter including Robert D. Goldstein's Motion to Withdraw as Counsel of Record for Lakeside Surfaces, Inc. is GRANTED, and are discharged from future representation of Lakeside Surfaces, Inc.

IT IS SO ORDERED.

Date: _____, 2022

_____
Honorable Jane M. Beckering