UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAMBRIA COMPANY LLC,<br><br>                            Plaintiff,<br><br>      v.<br><br>LAKESIDE SURFACES, INC.,<br><br>                            Defendant. | C.A. No. 20-cv-508 (JMB/PJG)<br><br>**EXPEDITED CONSIDERATION REQUESTED** |

**DECLARATION OF GRAYSON P. SUNDERMEIR IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER**

I, Grayson P. Sundermeir, declare as follows:

1. I am an attorney at Fish & Richardson P.C., counsel in this action for Plaintiff Cambria Company LLC. I am a member of the Bar of the State of Delaware. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and accurate copy of email correspondence between counsel for Lakeside and counsel for Cambria, dated July 25-27, 2022.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a subpoena to Michael Hawkins, emailed by counsel for Lakeside to counsel for Cambria on July 25, 2022.

4. Attached hereto as Exhibit 3 is a true and accurate copy of Attachment A to the July 25, 2022 subpoena to Michael Hawkins, emailed by counsel for Lakeside to counsel for Cambria on July 25, 2022.

5. Attached hereto as Exhibit 4 is a true and accurate copy of a subpoena served on Michael Hawkins on August 3, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed this 4th day of August, 2022.

<u>/s/ Grayson P. Sundermeir</u>  
Grayson P. Sundermeir

2