IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

        Plaintiff,

v.                                              Case No. 1:20-cv-508 (JMB/PJG)

LAKESIDE SURFACES, INC.,

        Defendant.

_____/

### DECLARATION OF GRAYSON P. SUNDERMEIR IN SUPPORT OF CAMBRIA'S BRIEF IN SUPPORT OF ITS MOTION TO STRIKE LAKESIDE'S UNTIMELY REPORT, EVIDENCE, AND ARGUMENTS

I, Grayson P. Sundermeir, declare as follows:

1. I am an attorney at Fish & Richardson P.C., counsel in this action for Plaintiff Cambria Company LLC. I am a member of the Bar of the State of Delaware. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit A is a true and accurate copy of email correspondence between counsel for Cambria and counsel for Lakeside, dated July 23, 2022 through August 2, 2022.

3. Attached hereto as Exhibit B is a true and accurate copy of excerpts from the deposition of Jerold Schneider, taken on June 6, 2022.

4. Attached hereto as Exhibit C is a true and accurate copy of excerpts from the deposition of Jon Grzeskowiak, taken on March 16, 2022.

5. Attached hereto as Exhibit D is a true and accurate copy of a Cambria press release titled "Cambria Unveils Unprecedented New Marble Designs," dated August 18, 2015.

6. Attached hereto as Exhibit E is a true and accurate copy of Cambria's website, (https://www.cambriausa.com/quartz-countertops/#!/), last accessed August 8, 2022.

7. Attached hereto as Exhibit F is a true and accurate copy of excerpts from the deposition of Summer Kath, taken on April 14, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed this 10th day of August, 2022.

                                                                             s/ Grayson P. Sundermeir
                                                                              Grayson P. Sundermeir