UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

    Plaintiff,

vs.

LAKESIDE SURFACES, INC.,

    Defendant.

_____/

Case No. 1:20-cv-508 (JMB/PJG)

Hon. Jane B. Beckering

### DECLARATION OF GRAYSON P. SUNDERMEIR IN SUPPORT OF PLAINTIFF'S BRIEF IN OPPOSITION TO LAKESIDE'S MOTION FOR SPOLIATION SANCTIONS AND MOTION FOR ORAL ARGUMENT AND EVIDENTIARY HEARING

I, Grayson P. Sundermeir, declare as follows:

1. I am an attorney at Fish & Richardson P.C., counsel in this action for Plaintiff Cambria Company LLC. I am a member of the Bar of the State of Delaware. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and accurate copy of excerpts from the deposition transcript of Summer Kath, taken April 14, 2022.

3. Attached hereto as Exhibit 2 is a true and accurate copy of excerpts from the deposition transcript of Marty Davis, taken June 28, 2022.

4. Attached hereto as Exhibit 3 is a true and accurate copy of Lakeside's First Set of Requests for Production, served May 25, 2021.

5. Attached hereto as Exhibit 4 is a true and accurate copy of Defendant, Lakeside Surfaces, Inc.'s First Set of Interrogatories, served May 25, 2021.

6. Attached hereto as Exhibit 5 is a true and accurate copy of email correspondence dated between July 22-28, 2022.

7. Attached hereto as Exhibit 6 is a true and accurate copy of Plaintiff's Rule 26(a)(1) Initial Disclosures, served November 16, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed this 12th day of August, 2022.

Grayson P. Sundermeir