UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

CAMBRIA COMPANY LLC,

    Plaintiff,                                Hon. Jane M. Beckering

v.                                          Case No. 1:20-cv-0508-JMB

LAKESIDE SURFACES, INC.,

    Defendant.

_____/

## ORDER

On September 19, 2022, the Court set a hearing in this matter on Defendant's motion for sanctions (ECF No. 140, 143) for October 3, 2022. (ECF No. 183).

This matter is now before the Court on Defendant's motion to reschedule that hearing (ECF No. 184). Defendant indicates that Plaintiff objects to the motion. Defendant's request for expedited consideration is granted. Accordingly,

**IT IS ORDERED** that Plaintiff shall file a response no later than 5:00 pm Friday, September 23, 2022.

**IT IS SO ORDERED**.

Date: September 22, 2022                        /s/ Phillip J. Green
                                                           PHILLIP J. GREEN
                                                            United States Magistrate Judge