UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CAMBRIA COMPANY LLC,

    Plaintiff,

v.

LAKESIDE SURFACES, INC.,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No. 1:20-cv-0508-JMB

## ORDER

This matter is before the Court on Defendant's motion to reschedule the October 3, 2022, motion hearing set in this matter. (ECF No. 184). Plaintiff has responded as ordered by the Court. (ECF No. 189). The Court being fully advised in the premises, the motion to reschedule is **GRANTED**. Accordingly,

**IT IS ORDERED** that the motion hearing, on ECF Nos. 140 and 143, set for October 3, 2022, is hereby **RESCHEDULED** to November 1, 2022, at 10:00 a.m. before United States Magistrate Judge Phillip J. Green.

**IT IS SO ORDERED**.

Date: September 26, 2022

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge