UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CAMBRIA COMPANY LLC,

    Plaintiff,

v.

LAKESIDE SURFACES, INC.,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No. 1:20-cv-00508-JMB-PJG

## ORDER

This matter is before the Court on Defendant's Motion for Oral Argument and an Evidentiary Hearing on Defendant's Motion for Spoilation. (ECF No. 143). The Court being fully advised in the premises, the motion is **GRANTED**. Accordingly,

**IT IS ORDERED** that the motion hearing set in this matter is for November 1, 2022, is hereby **ADJOURNED**.

**IT IS FURTHER ORDERED** that an Evidentiary Hearing regarding Defendant's Motion for Spoilation (ECF No. 140) shall take place on <u>November 22, 2022, at 9:30 a.m.</u> before Magistrate Judge Phillip J. Green, 499 Federal Building, 110 Michigan Street NW.

**IT IS SO ORDERED**.

Date: November 1, 2022

                                                           /s/ Phillip J. Green_____
                                                           PHILLIP J. GREEN
                                                           United States Magistrate Judge