UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
————

CAMBRIA COMPANY LLC,

    Plaintiff,

v.

LAKESIDE SURFACES, INC.,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No. 1:20-cv-00508

## ORDER

Counsel shall each file their post-hearing brief regarding their proposed finding of fact and conclusion of law no later than 28 days from today's date. Each side will then have 14 days to file a response.

**IT IS SO ORDERED**.

Date: December 20, 2022

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge