UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

    Plaintiff,

v.

LAKESIDE SURFACES, INC.,

    Defendant.
_____/

Case No. 1:20-cv-508

HON. JANE M. BECKERING

**ORDER**

This Court having been informed through the filing of a notice of settlement (ECF No. 208) of the parties' agreement in principle to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Jane M. Beckering, United States District Judge, shall be filed with the Court no later than February 21, 2023.

**IT IS FURTHER ORDERED** that the briefing on the pending motion for spoliation sanctions (*see* ECF No. 196) is ADJOURNED pending further order of the Court.

Dated: January 24, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge