UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMBRIA COMPANY LLC,

    Plaintiff,

v.

LAKESIDE SURFACES, INC.,

    Defendant.
_____/

Case No. 1:20-cv-508

HON. JANE M. BECKERING

**<u>ORDER</u>**

On February 20, 2023, Plaintiff's counsel filed a Letter seeking to extend the deadline for filing dismissal papers (ECF No. 210). The Court, having reviewed the Letter, finds that it fails to comply with W.D. Mich. LCivR 7.1(a), which requires all motions to be accompanied by a supporting brief, and prohibits the brief from being submitted in the form of a letter. In addition, the Letter fails to comply with W.D. Mich. LCivR 7.1(d), which requires the moving party to ascertain whether the motion will be opposed and file a separate certificate. For these reasons, the Letter is stricken.

Dated: February 21, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge