UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAMBRIA COMPANY LLC,<br><br>      Plaintiff,<br><br>v.<br><br>LAKESIDE SURFACES, INC.,<br><br>      Defendant. | Case No. 1:20-cv-00508 (JMB/PJG)<br><br>Hon. Jane M. Beckering |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Cambria Company LLC and Defendant Lakeside Surfaces, Inc., by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby stipulate to the dismissal of the above-captioned action with prejudice and without an award of costs or attorneys' fees to any party.

Dated: February 21, 2023

| | |
|---|---|
| s/ Grayson P. Sundermeir<br>Gregory A. Lewis (P75796)<br>Matthew J. Gipson (P60169)<br>PRICE HENEVELD LLP<br>695 Kenmoor Ave S.E., P.O. Box 2567<br>Grand Rapids, MI 49501-2567<br>Tel: (616) 949-9610<br>glewis@priceheneveld.com<br>mgipson@priceheneveld.com | s/ Leland P. Schermer<br>Adam J. Brody (P62035)<br>VARNUM LLP<br>Bridgewater Place<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>Tel: (616) 336-6000<br>ajbrody@varnumlaw.com |

| | |
|---|---|
| Of Counsel: | Of Counsel: |
| John C. Adkisson<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South 6th Street<br>Minneapolis, MN 55402<br>Tel: 612-335-5070<br>adkisson@fr.com | Leland P. Schermer (PA 47283)<br>Paul M. Mannix (PA76225)<br>MARCUS & SHAPIRA LLP<br>301 Grant Street, 35th Floor<br>One Oxford Centre<br>Pittsburgh, PA 15219-6401<br>Tel: 412-338-3990<br>schermer@marcus-shapira.com<br>mannix@marcus-shapira.com |
| Grayson P. Sundermeir<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Tel: 302-652-5070<br>sundermeir@fr.com | *Attorneys for Defendant Lakeside Surfaces, Inc.* |
| *Attorneys for Plaintiff Cambria Company LLC* | |